

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, Individually, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No.: 2:19-cv-02274-JCJ |
| PHL AIRPORT INN, L.L.C. | : |
| Defendant. | : |

**FILED**
OCT 1 0 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this the 9th day of October, 2019, it having been reported that the claim(s) between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby **ORDERED** and **DECREED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

**IT IS SO ORDERED.**

BY THE COURT:

_____
J. Curtis Joyner, U.S.D.J.